# Exhibit A



**CORPORATION SERVICE COMPANY®**

## Notice of Service of Process

null / ALL
Transmittal Number: 13145654
Date Processed: 11/07/2014

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 |
| **Entity:** | Liberty Mutual Fire Insurance Company<br>Entity ID Number 2542855 |
| **Entity Served:** | Liberty Mutual Fire Insurance Company formerly known as United Mutual Fire Insurance Company |
| **Title of Action:** | Tri-State Surgical Supply & Equipment, Ltd. vs. Liberty Mutual Fire Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Kings County Supreme Court, New York |
| **Case/Reference No:** | 510080/2014 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 11/07/2014 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | NY Department of Financial Services on 10/31/2014 |
| **How Served:** | Regular Mail |
| **Sender Information:** | Ira S. Lipsius<br>212-981-8440 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



# NEW YORK STATE
# DEPARTMENT of
# FINANCIAL SERVICES

| Andrew M. Cuomo | Benjamin M. Lawsky |
|---|---|
| Governor | Superintendent |

**STATE OF NEW YORK**
Supreme Court, County of KINGS

510080/2014

Tri-State Surgical Supply & Equipment, Ltd.                    Plaintiff(s)

against

Defendant(s)

Liberty Mutual Fire Insurance Company

RE : Liberty Mutual Fire Insurance Company formerly known as   United Mutual Fire Insurance Company
Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on October 31, 2014 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

  Lipsius-Benhaim Law LLP
  80-02 Kew Gardens Road
  Suite 1030
  Kew Gardens, New York 11415

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

  Corporation Service Company
  Liberty Mutual Fire Insurance Company
  80 State Street
  Albany, New York 12207-2543

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, November 06, 2014
548000